```
                            FILED
                          MAY 31 1991
                    CLERK, U.S. DISTRICT COURT
                   CENTRAL DISTRICT OF CALIFORNIA
                   BY                    DEPU
```

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | CASE NO. 91-938M |
| Plaintiff, ) | |
| ) | |
| v. ) | ORDER OF DETENTION AFTER HEARING |
| Fernando Lopen Landivar ) | (18 U.S.C. § 3142(i)) |
| ) | |
| Defendant. ) | |

A.   ( )   On motion of the Government involving an alleged

       1.   ( )   crime of violence;

       2.   ( )   offense with maximum sentence of life imprisonment or death;

       3.   (X)   narcotics or controlled substance offense with maximum sentence of ten or more years (21 U.S.C. §§ 801,/951, et. seq../955a);

       4.   ( )   felony - defendant convicted of two or more prior offenses described above.

/

ENTERED ON COURTROOM

JUN 5 1991

|    |                                                                                  |
|----|----------------------------------------------------------------------------------|
| 1  | B.   On motion ( ) (by the Government/( ) (by the                                |
| 2  | Court <u>sua</u> <u>sponte</u> involving)                                        |
| 3  |      1.   ( )  serious risk defendant will flee;                                 |
| 4  |      2.   ( )  serious risk defendant will                                       |
| 5  |           a.   ( )   obstruct or attempt to obstruct                             |
| 6  |                      justice;                                                    |
| 7  |           b.   ( )   threaten, injure, or intimidate a                           |
| 8  |                      prospective witness or juror or                             |
| 9  |                      attempt to do so.                                           |
| 10 |                              II.                                                |
| 11 | The Court finds no condition or combination of conditions                        |
| 12 | which the Court may impose under the Act will reasonably assure:                 |
| 13 | A.   (✓) appearance of defendant as required;                                    |
| 14 |            and~~/or~~                                                            |
| 15 | B.   (✓) safety of any person or the community;                                  |
| 16 |                              III.                                               |
| 17 | The Court has considered:                                                        |
| 18 | A.   ( ) the nature and circumstances of the offense;                            |
| 19 | B.   ( ) the weight of evidence against the defendant;                           |
| 20 | C.   ( ) the history and characteristics of the                                  |
| 21 |          defendant;                                                              |
| 22 | D.   ( ) the nature and seriousness of the danger to                             |
| 23 |          any person or the community.                                            |
| 24 |                              IV.                                                 |
| 25 | The Court concludes:                                                             |
| 26 | A.   ( ) the offense involves _____                             |
| 27 | _____                         |
| 28 | _____                         |

1     B. ( ) the evidence shows _____
2                   _____
3                   _____
4     C. ( ) history and characteristics indicate a serious
5          risk that defendant will flee because: \_\_\_\_\_
6                   _____
7                   _____
8     D. ( ) defendant poses a risk to the safety of other
9          persons or the community because: _____
10                  _____
11                  _____
12     E. ( ) a serious risk exists that defendant will:
13         1. ( ) obstruct or attempt to obstruct justice;
14         2. ( ) threaten, injure or intimidate a
15                  witness/juror;
16        Because: _____
17                  _____
18                  _____
19     F. (✓) defendant has not rebutted by sufficient
20          evidence to the contrary the presumption
21          provided in 18 U.S.C. § 3142(e).
22
23     IT IS ORDERED defendant be detained prior to trial.
24     IT IS FURTHER ORDERED that defendant be confined as far
25 as practicable in a corrections facility separate from persons
26 awaiting or serving sentences or persons held pending appeal.
27 /
28 /

1  IT IS FURTHER ORDERED that defendant be afforded
2  reasonable opportunity for private consultation with counsel and
3  be produced for all hearings.
4  DATED: 5-31-91

*[signature]*
JOHN R. KRONENBERG
UNITED STATES MAGISTRATE JUDGE

W.O.P.